**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CRISTIAN DANILO SIQUIC YAT,

        Plaintiff,

v.
                                    Case No. 26-11378
                                    Honorable Linda V. Parker

KEVIN RAYCRAFT, Immigration and Customs
Enforcement, Director of Detroit Field Office,
Enforcement and Removal, TODD BLANCHE,
Acting U.S. Attorney General, MARKWAYNE
MULLIN, Secretary of the U.S. Department of Homeland
Security, and EXECUTIVE OFFICE OF IMMIGRATION REVIEW,

        Defendant.
_____/

## ORDER DISMISSING CASE

On July 16, 2026, the Government filed a status report which indicates that

Petitioner was provided a bond hearing on May 27, 2026, at which bond was

denied.  Petitioner's order of removal subsequently became final on June 17, 2026.

(ECF No. 8.)  As such, there is no further action required from this Court.

Accordingly,

    **IT IS HEREBY ORDERED** that this matter is **CLOSED.**

                                    s/ Linda V. Parker
                                    LINDA V. PARKER
                                    U.S. DISTRICT JUDGE

Dated: July 20, 2026